OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

RTS released

UNITED STATES POSTAGE
PITNEY BOWES

02 1M          $ 00.26⁵
0004279596     APR 23 2015
MAILED FROM ZIPCODE 78701

4/20/2015

**CORNET, WALTER**     Tr. Ct. No. 20060D03223-384-1     **WR-82,156-01**

On this day, this Court has denied applicant's "MOTION OF REQUEST FOR APPOINTMENT OF COUNSEL PURSUANT TO ARTICLE 1.151, TEXAS CODE OF CRIMINAL PROCEDURE".

Abel Acosta, Clerk

WALTER CORNET
TDC # 1553441